**Order entered September 21, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00360-CR

**DEMOND DEPREE BLUNTSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 49th District Court**
**Webb County, Texas**
**Trial Court Cause No. 2012CRO000674D1**

## ORDER

Before the Court is appellant's September 18, 2018 third motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **October 29, 2018**. If appellant's brief is not filed by October 29, 2018, this appeal may be abated for the trial court to conduct a hearing and make findings in accordance with rule of appellate procedure 38.8.

/s/     LANA MYERS
        JUSTICE